UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # *54623-004*

UNITED STATES OF AMERICA          )
                    Plaintiff    )    Case Number: CR_____
                                  )    REPORT COMMENCING CRIMINAL
            -vs-                  )              ACTION
                                  )
JOHN ROMEL SOTO                  )
            Defendant

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
      U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)   Date and Time of Arrest: _7-25-00_ am/pm

(2)   Language Spoken: _ENGLISH_

(3)   Offense (s) Charged: _PWID MDMA_
                          _POSS-FIREARM-FELON_

(4)   U.S. Citizen  [ ] Yes   [X] No   [ ] Unknown

(5)   Date of Birth: _1-5-76_

(6)   Type of Charging Document:  (check one)
      [ ] Indictment   [ ] Complaint  To be filed/Already filed
      Case# _____

      [ ] Bench Warrant for Failure to Appear
      [ ] Probation Violation Warrant
      [ ] Parole Violation Warrant

      Originating District: _SD/FL_

      COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)   Remarks: _____
      _____

(8)   Date: _7-26-00_  (9) Arresting Officer: _____

(10)  Agency: _DEA_          (11) Phone: _____

(12)  Comments: _____