| | | | |
|---|---|---|---|
| DEFT: | JOHN SOTO | CASE NO: | 00-4185-BSS |
| AUSA: | Bertha Mitrani | ATTNY: | Bradley A. Goldbloom |
| AGENT: | | VIOL: | |
| PROCEEDING: | I/A - Complaint | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

**NEXT COURT APPEARANCE:**

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | August 7, 2000 | @ 11:00 a.m. | Judge Seltzer |
| PTD/BOND HEARING: | July 31, 2000 | @ 11:00 a.m. | Judge Seltzer |
| PRELIM/ARRAIGN or REMOVAL: | August 7, 2000 | @ 11:00 A.M. | Judge Seltzer |
| STATUS CONFERENCE: | | | |

DATE: July 26, 2000    TIME: 11:00 A.M.    TAPE # 00-059    PG #