UNITED STATES OF AMERICA,    :    UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

v.    :    CASE NO. _00-4185 BSS_

_John Soto_    :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by _____ D.C.
JUL 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW _Bradley A. Goldbloom_ files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) _Bradley A. Goldbloom_

Counsel's Signature _[signature]_

Address _200 SE 6th St. #201_
_FT. Laud._    _FL_    Zip Code: _33301_

Telephone _954/764-6800_