DEFT: JOHN SOTO (J)#    CASE NO: 00-4185-BSS
AUSA: BERTHA MITRANI /present    ATTNY: BRADLEY GOLDBLOOM /present
AGENT:    VIOL:
PROCEEDING: Bond Hearing    BOND REC:
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:
___ BOND SET @ $250,000 Corp Surety w/ nebbia
CO-SIGNATURES:    FILED by ___ D.C.
SPECIAL CONDITIONS:

FILED JUL 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passport(s)/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

No Bond hrg held
Both sides stipulate
to a $250,000 Corp.
Surety —
reserving right
to proceed w/
bond
hearing at a later
date.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:    8-7-00    11:00am    BSS
PTD/BOND HEARING:
PRELIM/ARRAIGN. REMOVAL:    8-7-00    11:00am    BSS
STATUS CONFERENCE:
DATE: 7-31-00    TIME: 11:00am    TAPE # 00-061    PG # 8

2289-2399