UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6213** CR-ZLOCH

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

v.

JOHN R. SOTO,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about July 21, 2000, through on or about July 25, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### JOHN R. SOTO,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of methylenedioxymethamphetamine ("MDMA"), commonly known as "ecstasy," in violation of Title 21, United States Code, Section 841 (a)(1), all in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about July 25, 2000, at Broward County, in the Southern District of Florida, the defendant,

### JOHN R. SOTO,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of methylenedioxymethamphetamine ("MDMA"); commonly known as "ecstasy," in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT III

On or about July 25, 2000, at Broward County, in the Southern District of Florida, the defendant,

### JOHN R. SOTO,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting commerce, to wit, a Ruger .40 caliber pistol; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**         CASE NO. _____

v.

**JOHN R. SOTO**                     **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)     Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

____ Miami  ____ Key West
_X_ FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect    _English_

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_      Petty       ____
   II   6 to 10 days      ____     Minor       ____
   III  11 to 20 days     ____     Misdem.     ____
   IV   21 to 60 days     ____     Felony      _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ____Yes____
   If yes:
   Magistrate Case No.   _00-4185-BSS_
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _Tuesday, July 25, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No  If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

For BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: JOHN R. SOTO            No.: _____

Count # I :

Conspiracy to possess with intent to distribute Methylenedioxymethamphetamine; in violation of 21 U.S.C. § 841 (a)(1).

*Max Penalty: Twenty (20) years' imprisonment; $1,000,000 fine.

Count # II :

Possession with intent to distribute Methylenedioxymethamphetamine;

in violation of 21 U.S.C. § 841 (a)(1).

*Max Penalty: Twenty (20) years' imprisonment; $1,000,000 fine.

Count # III:

Possession of a Firearm by a convicted felon; in violation of 18 U.S.C. § 922(g)(1).

*Max Penalty: Ten (10) years' imprisonment, $250,000 fine.

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.