UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT.
AT
6-16-00
FLA.
Clerk
District Court
Florida

CASE NO. *00- 6213 CR-Zloch*

UNITED STATES OF AMERICA :

v. :

John R. Soto :

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

COMES NOW *R. H. Bo Hitchcock* and files this appearance as counsel
for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings
arising out of the transaction with which the defendant(s) is presently charged in the United States
District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the
requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the
Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file
a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless
relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS
FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: *8/7/00*

Attorney

Address *613 SE. 1st Ave*

City *Ft. Laud* State *FC* Zip *33301*

Telephone *462-1666*

Florida Bar No. *258-075*

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.