FILED by
AUG 7 2000
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6213-CR-Zloch

UNITED STATES OF AMERICA

vs

John Soto

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-7-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: In Custody |
| | Telephone: |
| DEFENSE COUNSEL: | Name: R.H. Bo Hitchcock |
| | Address: |
| | Telephone: |
| BOND SET/CONTINUED: | $ Cont'd in custody |

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this 7 day of August, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-064

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services