| | | | |
|---|---|---|---|
| DEFT: | John Soto (J)# | CASE NO: | 00-6213-CR-ZLOCH ~~00-4185-BSS~~ |
| AUSA: | Bertha Mitrani / Bob Nicholson | ATTNY: | ~~Bradley Goldbloom~~ / Hitchcock |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquirey re, counsel/ Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no  COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
AUG 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

3 tapes to be transcribed

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 8-22-00   11:00am   Snow

DATE: 8-7-00   TIME: 11:00am   TAPE # 00-064   PG # 3
1061-1110

12