HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

*FILED AUG 22 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

(USM do not bring defendants for status hearing)

DEFT __RAMON DEL VALLE__ CASE NO: __00-6194-CR-DIMITROULEAS__
AUSA __CHRISTOPHER CLARK__ ATTY __ANA JHONES__ — *Cannot attend*

*Disc rec'd by counsel. Pretrial motions will be filed.*
*00-045 @ 2166*

DEFT __LILLIAN RUIZ FOJON__ CASE NO: __96-101-CR-FERGUSON__
AUSA __TERRY FLYNN / Behnke__ ATTY __FPD Wilcox for Hunt__

*Disc out - possible plea*
*Motions due 9-1* *@ 2200*

DEFT __JOHN SOTO__ CASE NO: __00-6213-CR-ZLOCH__ ✓
AUSA __BERTHA MITRANI__ *plus* ATTY __BO HITCHCOCK__

*Disc out -* *@ 2911*

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __8-22-00__ TIME __11:00__

/15