UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6213-CR-ZLOCH

UNITED STATES OF AMERICA,         :

    Plaintiff,                  :

v.                                :

JOHN SOTO,                        :

    Defendant.                  :

_____

FILED by _____ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on August 22, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery will be completed on or before August 24, 2000.

    2. Counsel for the defendant shall have until September 7, 2000, within which to file pretrial motions.

    3. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 24th day of August, 2000.

                              _Lurana S. Snow_
                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bertha Mitrani (FTL)
Bo Hitchcock, Esq.