UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6213-CR-ZLOCH

FILED by _____ D.C.

SEP 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

JOHN SOTO

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                COURTROOM A
299 E. BROWARD BLVD.                  DATE & TIME:
FT. LAUDERDALE, FL 33301              October 11, 2000 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: September 26, 2000

cc:
Bertha Mitrani, Esq., AUSA
R. H. Bo Hitchcock, Esq.