```
                                                        FILED by _____ D.C.

          UNITED STATES DISTRICT COURT          OCT 1   2000
          SOUTHERN DISTRICT OF FLORIDA
          HONORABLE WILLIAM J. ZLOCH        CL ____ ___ ___
              CRIMINAL MINUTES              CLE .K U.S. DIST CT.
                                            S.D. OF FLA. FT. LAUD
```

CASE NUMBER  _00-6213-CR-Zloch_          DATE  _10/11/00_

CLERK  _Michael Sullivan_               REPORTER  _Carl Schurzich_

PROBATION                               INTERPRETER

UNITED STATES OF AMERICA  V.  _John R. Soto_

U. S. ATTORNEY  _Bertha Mitrani_        DEFT COUNSEL  _B. Hitchcock_

DEFENDANT:  (PRESENT)   NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING  _Change of plea as to Count II_

RESULT OF HEARING  _Deft. entered a plea of guilty as to Count II_

JUDGMENT  _Court accepted plea + adjudged Deft. guilty as to_
_Count II_

CASE CONTINUED TO  _1/12/01_        TIME _10:30a.m._  FOR  _Sentencing_

MISC  _written plea agreement_