UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6213-CR-ZLOCH

UNITED STATES OF AMERICA
    Plaintiff,
vs.
JOHN R. SOTO     **DEFENDANT'S OBJECTIONS TO PRE-**
    Defendant.     **SENTENCING INVESTIGATIONS**
_____/

COMES NOW, Defendant, JOHN SOTO, and hereby files this Notice of Objection to Paragraph 70 (Page 19) of the Pre-sentencing Investigation Report which indicates that "he has the ability to pay a fine".

The money in his savings account came from a "457 deferred compensation plan". He will have a significant tax obligation.

WHEREFORE, the Defendant, JOHN SOTO, through counsel, files this Objection to Pre-Sentencing Investigation Report.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Office of the United States District Attorney, Bertha R. Mitrani, Esquire, Assistant United States Attorney, at 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Fl 33394-3002 and Frances Weisberg, U.S. Probation Officer, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Fl 33301-1168, this 22ND DAY OF DECEMBER, 2000.

R.H. BO HITCHCOCK
Attorney for Defendant
Florida Bar No. 25807
613 Southeast 1st Avenue
Fort Lauderdale, Fl 33301
954-462-1666(telephone)
954-462-1057(facsimile)