FILED JAN 16 2000

JAN 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6213-CR-Zloch   DATE 1-12-01
CLERK Carlos Newby   REPORTER Carl Schanzel
PROBATION Frances Weisberg   INTERPRETER

UNITED STATES OF AMERICA v. John R. Soto

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Bo Hitchcock

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 2 - 21 months custody of BOP - 3 yrs Sup. Rel. - custody to Run consecutive to 98-6159-CR-Ferguson. Participate in drug/alcohol abuse

JUDGMENT Program - At completion of imprisonment be surrendered for deportation proceedings - If deported Non-Reporting. Must receive

CASE CONTINUED TO ___ TIME ___ FOR ___
prior express permission of A.C.
MISC $100 assessment - Ct Recommends facility in Florida - Remaining cts dismissed -

24